IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | **Criminal No. 08-00136-CG** |
| | * | |
| **MARTY VICKERY** | * | |

## FINAL JUDGMENT OF FORFEITURE

**WHEREAS**, on October 16, 2008, this Court entered a Preliminary Order of Forfeiture, ordering defendant Marty Vickery's interest forfeited in the following:

    a.    **$2,580.00, more or less, in United States currency;**

    b.    **Assorted jewelry (rings, earrings, necklaces, and loose stones);**

    c.    **One Gordon safe**; and

**WHEREAS**, the United States caused to be published on the official Government internet site, www.forfeiture.gov, for 30 days, beginning on May 6, 2009, notice of this forfeiture and of the intent of the United States to dispose of the assets in accordance with the law and as specified in the Preliminary Order of Forfeiture, and further notifying all third parties of their right to petition the Court within sixty (60) days from the first date of publication for a hearing to adjudicate the validity of their alleged legal interest in the property; and

**WHEREAS**, no third parties have come forward to assert an interest in the property in the time required under Title 21, United States Code, Section 853(n)(2); and

**WHEREAS**, the Court finds that the defendant had an interest in the property that is subject to forfeiture pursuant to Title 21, United States Code, Sections 846 and 853;

**NOW, THEREFORE**, the Court having considered the matter and been fully advised in the premises, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that, pursuant to Title 21,

United States Code, Sections 846 and 853, the $2,580.00, more or less, in United States currency, the assorted jewelry (rings, earrings, necklaces, and loose stones), and the Gordon safe are forfeited to the United States of America;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that all right, title and interest to the assets described above is hereby condemned, forfeited and vested in the United States of America and shall be disposed of according to law; and

**IT IS FURTHER ORDERED** that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

**IT IS FURTHER ORDERED** that the Clerk of the Court shall forward five certified copies of this Order to Assistant United States Attorney Gloria A. Bedwell.

This 21st day of July, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE